DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) No.     09-10339  AJ |
| | ) |
| | ) Chapter 11 |
| DAVID AND HARMONY LOHREY, | ) |
| | ) Date:   March 13, 2009 |
| Debtors in Possession. | ) Time:   10:00 A.M. |
| | ) Ctrm:   Hon. Alan Jaroslovsky |
| | )           99 South "E" Street |
| | )           Santa Rosa, CA |
| | ) |

## DECLARATION OF PARALEGAL SPECIALIST IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE FOR CAUSE UNDER 1112(b) OR ALTERNATIVELY APPOINT A CHAPTER 11 TRUSTEE

I, Donna Jensen, declare as follows:

1.     I am employed as a Paralegal Specialist in the Office of the United States Trustee, Region 17, San Francisco Division, 235 Pine Street, Suite 700, San Francisco, California 94104.  The Office of the United States Trustee represents Sara L. Kistler, Acting United States Trustee for Region 17.

2.     I make this declaration based on my own personal knowledge of the facts of this matter. If called upon to do so, I could and would testify to the following.

3.     On March 3, 2009, I reviewed the records in PACER for the above-captioned chapter 11 case of David and Harmony Lohrey.

4.     The court docket indicates that the debtor filed a voluntary petition on February 11, 2008, in *pro se.*

5.     On February 18, 2009, the Court issued an Order to File Required Documents and Notice

Case: 09-10339   Doc# 17-2   Filed: 03/04/09   Entered: 03/04/09 09:23:35   Page 1 of 6

Regarding Automatic Dismissal.

6. On March 2, 2009, the Court issued a Notice to the United States Trustee of Non Compliance for failure to file Schedules and Statement of Financial Affairs.

7. To date, no schedules and statement of financial affairs have been filed in this case.

8. Attached hereto as **Exhibit A** is a true copy of the declaration of Jimmy Mosley filed in the *Lohrey Enterprises* case and as **Exhibit B** a true copy of the declaration Henry Lopez filed in the *Lohrey Enterprises* case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated March 4, 2009, at San Francisco, California.

/s/
Donna Jensen

DECLARATION OF PARALEGAL SPECIALIST IN SUPPORT OF U.S. TRUSTEE'S MOTION TO DISMISS
FOR CAUSE UNDER 11 U.S.C. § 1112(b)                                                                                              - 2 -

1  DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
   JAMES A. SHEPHERD, Trial Attorney (DC#476306)
2  U.S. Department of Justice
   Office of the United States Trustee
3  235 Pine Street, Suite 700
   San Francisco, CA 94104
4  Telephone: (415) 705-3333
   Facsimile: (415) 705-3379
5  Email: james.a.shepherd@usdoj.gov

6  Attorneys for Acting United States Trustee
   SARA L. KISTLER
7

8                  UNITED STATES BANKRUPTCY COURT

                   NORTHERN DISTRICT OF CALIFORNIA
9
   In re                              )    No. 08-12206 AJ
10                                     )
    LOHREY ENTERPRISES, INC.,          )    Chapter 11
11                                     )
              Debtor in Possession.    )
12  _____)

13              DECLARATION OF HENRY LOPEZ IN SUPPORT
               OF U.S. TRUSTEE'S EMERGENCY MOTION FOR
14        APPOINTMENT OF A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104

15         I, Henry Lopez, declare:

16         1.    I am an Operations Manager at Lohrey Enterprises, Inc. (Lohrey Enterprises or the

17  company), the debtor in the above-captioned chapter 11 case.  I have worked at the company's plant and

18  office facility in Gilroy, California for six months.

19         2.    I make this declaration based on my own personal knowledge of facts, and if called upon

20  would and could testify to the following.

21         3.    On Friday, October 24, 2008, David Lohrey appeared at the plant in Gilroy after

22  midnight.  I was present.  He was accompanied by a person who appeared to me to be a prostitute.  Mr.

23  Lohrey demanded that this person be hired to work at the plant in production.

24         4.    Also on October 24, 2008, Mr. Lohrey asked me and other employees to weigh out

25  'pooled linen' for immediate billing to Kaiser.  Mr. Lohrey directed that the same linen be returned to

26  the shelf for subsequent delivery and billing to Kaiser.  I and the others refused because that would have

27  resulted in wrongful double billing of Kaiser.  Mr. Lohrey said he would seek other employees to assist

28

DECLARATION OF HENRY LOPEZ IN SUPPORT OF U.S. TRUSTEE'S EMERGENCY MOTION FOR APPOINTMENT
OF TRUSTEE UNDER 11 U.S.C. § 1104                                                            - 1 -

him.

5.     Mr. Lohrey called an employee meeting on Monday, October 28, 2008, attended by myself, Henry Lopez, Jonathan Mosley, Jonathan Lopez, Ray Taylor, Mr. Lohrey, and others.  At that meeting, Mr. Lohrey stated his desire to have Norm Berlin taken to Mexico and killed and then buried in the desert.  Mr. Lohrey appeared to be confused and unstable at the meeting and could not remember what day it was.

6.     Mr. Lohrey held a staff meeting on October 29, 2008, which I attended.  At the meeting, Mr. Lohrey discussed plans for a company party on Friday, October 31, at which Mr. Berlin would be used as a "human pinata."

7.     I am extremely concerned about the state of the company's business and its employees.  I understand that many of the staff live paycheck to paycheck.  Many of them have left their jobs.  I understand that the company's October 10 payroll has not been paid in full and that the few checks issued for the October 24 payroll have been returned NSF.  The plant is operating with a severely reduced staff and is in immediate danger of being unable to service its customers.

I declare under penalty of perjury that the foregoing statements are true and correct.  Executed this 30th day of October, 2008, at Gilroy, California.

    /s/
Henry Lopez

DECLARATION OF HENRY LOPEZ IN SUPPORT OF U.S. TRUSTEE'S EMERGENCY MOTION FOR APPOINTMENT OF TRUSTEE UNDER 11 U.S.C. § 1104

- 2 -

1  DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
   JAMES A. SHEPHERD, Trial Attorney (DC#476306)
2  U.S. Department of Justice
   Office of the United States Trustee
3  235 Pine Street, Suite 700
   San Francisco, CA 94104
4  Telephone: (415) 705-3333
   Facsimile: (415) 705-3379
5  Email: james.a.shepherd@usdoj.gov

6  Attorneys for Acting United States Trustee
   SARA L. KISTLER
7
                    UNITED STATES BANKRUPTCY COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
   In re                          )   No. 08-12206 AJ
10                                 )
   LOHREY ENTERPRISES, INC.,       )   Chapter 11
11                                 )
                Debtor in Possession. )
12  ─────────────────────────────── )

13              DECLARATION OF JIMMY MOSLEY IN SUPPORT
                OF U.S. TRUSTEE'S EMERGENCY MOTION FOR
14       APPOINTMENT OF A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104

15       I, Jimmy Mosley, declare:

16       1.    I am an Chief Engineer and co-Production Supervisor at Lohrey Enterprises, Inc.

17  (Lohrey Enterprises or the company), the debtor in the above-captioned chapter 11 case.  I have worked

18  at the company's plant and office facility in Gilroy, California for __ years.

19       2.    I make this declaration based on my own personal knowledge of facts, and if called upon

20  would and could testify to the following.

21       3.    On Friday, October 24, 2008, David Lohrey appeared at the plant in Gilroy after

22  midnight.  I was present.  He was accompanied by a person who appeared to me to be a prostitute.  Mr.

23  Lohrey demanded that this person be hired to work at the plant and issued a cell phone.

24       4.    Also on October 24, 2008, Mr. Lohrey asked me and other employees to weigh out

25  'pooled linen' for immediate billing to Kaiser.  Mr. Lohrey directed that the same linen be returned to

26  the shelf for subsequent delivery and billing to Kaiser.  I and the others refused because that would have

27  resulted in wrongful double billing of Kaiser.  Mr. Lohrey said he would seek other employees to assist

28

DECLARATION OF JIMMY MOSLEY IN SUPPORT OF U.S. TRUSTEE'S EMERGENCY MOTION FOR APPOINTMENT
OF TRUSTEE UNDER 11 U.S.C. § 1104                                                    - 1 -

1   him.

2        5.     Mr. Lohrey called an employee meeting on Monday, October 28, 2008, attended by

3 myself, Henry Lopez, Jonathan Mosley, Jonathan Lopez, Ray Taylor, Mr. Lohrey, and others.  At that

4 meeting, Mr. Lohrey stated his desire to have Norm Berlin taken to Mexico and killed and then buried

5 in the desert.  Mr. Lohrey appeared to be confused and unstable at the meeting and could not remember

6 what day it was.

7        6.     Mr. Lohrey held a staff meeting on October 29, 2008, which I attended.  At the meeting,

8 Mr. Lohrey discussed plans for a company party on Friday, October 31, at which Mr. Berlin would be

9 used as a "human pinata."

10       7.     I am extremely concerned about the state of the company's business and its employees.  I

11 understand that many of the staff live paycheck to paycheck.  Many of them have left their jobs.  I

12 understand that the company's October 10 payroll has not been paid in full and that the few checks

13 issued for the October 24 payroll have been returned NSF.  The plant is operating with a severely

14 reduced staff and is in immediate danger of being unable to service its customers.

15       I declare under penalty of perjury that the foregoing statements are true and correct.  Executed

16 this 30th day of October, 2008, at Gilroy, California.

17         /s/
        Jimmy Mosley
18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JIMMY MOSLEY IN SUPPORT OF U.S. TRUSTEE'S EMERGENCY MOTION FOR APPOINTMENT
OF TRUSTEE UNDER 11 U.S.C. § 1104                            - 2 -

Case: 09-10339   Doc# 17-2   Filed: 03/04/09   Entered: 03/04/09 09:23:35   Page 6 of
Case: 08-12206   Doc #: 33   Filed: 10/30/2008   Page 2 of 2