DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
  SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) No. 09-10339 AJ |
| | ) |
| DAVID AND HARMONY LOHERY, | ) Chapter 11 |
| | ) |
| Debtors in Possession. | ) |
| | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

    I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**ACTING UNITED STATES TRUSTEE'S MOTION TO CONVERT OR ALTERNATIVELY APPOINT A CHAPTER 11 TRUSTEE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO CONVERT OR ALTERNATIVELY APPOINT CHAPTER 11 TRUSTEE**

**DECLARATION OF PARALEGAL SPECIALIST IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE FOR CAUSE UNDER 1112(b) OR ALTERNATIVELY APPOINT A CHAPTER 11 TRUSTEE**

**ACTING UNITED STATES TRUSTEE'S MOTION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON THE U. S. TRUSTEE'S MOTION TO CONVERT UNDER 11 U.S.C. § 1112(B) OR APPOINT A TRUSTEE**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

CERTIFICATE OF SERVICE - 1 -

| | |
|---|---|
| 1 | <u>Debtors, Pro Se</u><br>David and Harmoney Lohery |
| 2 | 6 Leeward Rd.<br>Belvedere, CA 94920 |
| 3 | |
| 4 | <u>Request for Special Notice</u><br>Robert J. Begley |
| 5 | Attorney at Law<br>271 Miller Avenue<br>Mill Valley, CA. 94941 |
| 6 | |
| 7 | Bank of America, N.A<br>475 Crosspoint Parkway<br>P.O. Box 9000 |
| 8 | Getzville, NY 14068 |
| 9 |   I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on March 4, 2009. |
| 10 | |
| 11 | By: /s/<br>  Ianthe V. del Rosario |