Charles P. Maher, CSBN 124748
Michael A. Isaacs, CSBN 99782
LUCE, FORWARD, HAMILTON
 & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Timothy W. Hoffman
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re DAVID WILLIAM LOHREY and HARMONY SEDERHOLM LOHREY, <br><br> Debtors. | Case No. 09-10339 AJ <br> Chapter 11 <br> Hon. Alan Jaroslovsky <br><br> **ORDER CONVERTING CASE TO CHAPTER 7 OF THE BANKRUPTCY CODE** <br><br> Date: May 29, 2009 <br> Time: 10:00 a.m. <br> Place: 99 South "E" Street <br>  Santa Rosa, CA 95404 |

The hearing on the Trustee's Report And Recommendation Under 11 U.S.C. § 1106(a)(5) and Motion For Order Converting Case To Chapter 7 filed by Timothy W. Hoffman, Chapter 11 Trustee ("Trustee") of the estate of the above named Debtor, came regularly before the Court on May 29, 2009 at 10:00 a.m. Appearances are noted in the record.

Having considered the Trustee's Section 1106(a)(5) Report, and it appearing that notice as been adequate, that no objections have been filed, and that good cause exists, it is

ORDERED as follows:

1. The Trustee's recommendation as described in the 1106(a)(5) Report is approved.

2. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

Dated: June 1, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge